STATE OF NEW JERSEY v. ROBERT McMICKLE.

June 26, 1979.  Petition for certification denied.

CHARLES J. POLIERO v. BRUCE L. ATKINS.

June 26, 1979.  Petition for certification denied.

RALPH E. HENDEE, JR.

v.

HUGH J. CLARKE.

June 26, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. FREDERICK L. CARRAGHER.

June 26, 1979.  Petition for certification denied.

EUGENE ANDERSON v. GARY J. HILTON.

June 26, 1979.  Petition for certification denied.

CITY OF PASSAIC v. DILAN ASSOCIATES.

June 26, 1979.  Petition for certification denied.